TIPLER LUMBER COMPANY, Appellant, vs. WISCONSIN TAX COMMISSION, Respondent.

*February 5—March 4, 1930.*

For the appellant there was a brief by *North, Parker, Bie, Duquaine, Welsh & Trowbridge* of Green Bay, and oral argument by *J. R. North* and *F. N. Trowbridge*.

For the respondent there was a brief by the *Attorney General* and *Theo. W. Brazeau* of Wisconsin Rapids, special counsel for the Tax Commission, and oral argument by *Mr. Brazeau*.

STEVENS, J. The case presents the same questions that are considered and determined in *Waldheim & Co. Inc. v. Wisconsin Tax Comm., ante,* p. 151, 229 N. W. 641, decided herewith.

*By the Court.*—Judgment affirmed.